**Order entered April 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00635-CR
No. 05-13-01385-CR
No. 05-13-01386-CR

**DAARON BUYCKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-35389-N, F12-33600-N, F12-34766-N**

## ORDER

The Court **REINSTATES** the appeals.

On March 4, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel Julie Woods; (3) Ms. Woods's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Woods requested thirty days from the March 31, 2014 hearing to file appellant's brief.

We **ORDER** appellant to file his brief in these appeals by **MAY 2, 2014**.

/s/     LANA MYERS
        JUSTICE